# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **GABRIEL CORREA** | : | **CIVIL ACTION** |
| **v.** | : | **NO. 17-4481** |
| **C/O S. BROWN, et al.** | : | |

# O R D E R

**AND NOW,** this 8th day of March, 2019, upon consideration of the defendants' motion to dismiss the amended complaint and all responses and replies thereto, it is hereby **ORDERED** that**:**

1. Defendants' motion to dismiss the amended complaint [Doc. 27] is **GRANTED**.

2. The amended complaint is **DISMISSED** as to defendants Maintenance Man Sam Doe, Correctional Officer Smith, Lieutenant Howlus, Lieutenant Ashley, Sergeant Nice, Counselor Vasquez, CCPM Terra, Security Captain Terra, Major Gina Clark, Deputy Sciera and Hearing Examiner Yoder pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

3. The amended complaint is **DISMISSSED** as to defendants Correctional Officer Sandra Brown, Correctional Officer Jerome Bloom, Correctional Officer Carl Johnson, Correctional Officer Roberto Castillo, Correctional Officer Pamela Walters, Lieutenants Troy McGreer and James Barnacle in their official capacities pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure and in their individual capacities pursuant to Rule 12(6) of the Federal Rules of Civil Procedure..

4. The motion of the Plaintiff for an emergency injunction [Doc. 34] is **DENIED**.

5. The motion of the Plaintiff for deposition [Doc. 24] is **DENIED** as moot.

6. The motion of the Plaintiff for deposition hearings [Doc. 26] is **DENIED** as moot.

7. The Clerk is **DIRECTED** to mark this case terminated.

.

                                  **BY THE COURT:**

                                  **/s/ Jeffrey L. Schmehl**
                                  **JEFFREY L. SCHMEHL, J.**